IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO CARRILLO, Individually and as Representative of the Estate of DANIEL EMILIO CARRILLO, deceased, and ALICIA CARRILLO | § § § § § | |
| vs. | § § § | Case Number: 2:20-cv-00028<br><br>JURY TRIAL REQUESTED |
| OLIVER BUENDIA; MARCUS LOPEZ; THOMAS LOWKE; JESUS GALVAN; EDUARDO GONZALEZ; JOSE RODRIGUEZ; VERONICA GARCIA; and, NUECES COUNTY, TEXAS | § § § § § § | |

## NOTICE OF CHANGE OF LAW FIRM AND EMAIL OF PLAINTIFFS' ATTORNEY IN CHARGE

PLEASE TAKE NOTICE that, effective April 15, 2020, Plaintiffs' counsel's law firm affiliation changed from Flood & Flood to John T. Flood, L.L.P. Attorney John Flood's email address has changed to john@FloodTrialLawyers.com. All other information regarding Plaintiffs' counsel remains the same.

Respectfully submitted,

/s/ John Flood
John Flood
Texas Bar No. 07155910
**John T. Flood, L.L.P.**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
(361) 654-8877
(361) 654-8879 Fax
john@FloodTrialLawyers.com
irma@FloodTrialLawyers.com

**Attorney-in-Charge for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2020, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, Southern District of Texas, Corpus Christi Division, using the CM/ECF system of the court. The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via CM/ECF pursuant to the Federal Rules of Civil Procedure.

                                                     /s/ John Flood
                                                    John Flood