United States District Court
Southern District of Texas
**ENTERED**
October 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARMANDO CARRILLO, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:20-CV-028 |
| § | |
| OLIVER BUENDIA, *et al*, § § | |
| Defendants. § | |

## **ORDER DENYING MOTION TO RECONSIDER**

Before the Court is Defendant Nueces County Texas's Motion to Reconsider (D.E. 74) and Plaintiffs' response (D.E. 75). After due consideration, the Court **DENIES** the motion.

ORDERED this 7th day of October, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE