United States District Court
Southern District of Texas
**ENTERED**
February 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARMANDO CARRILLO, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:20-CV-028 |
| § | |
| OLIVER BUENDIA, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal (D.E. 79), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 1st day of February, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE